UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON ALLEN,** | } |
| **Plaintiff,** | } |
| v. | }   Case No.:  2:20-CV-1846-RDP |
| **PJ CHEESE, INC.,** | } |
| **Defendant.** | } |

### ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **9:00 a.m.** on **Tuesday, May 2, 2023**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 882, Birmingham, Alabama.

**DONE** and **ORDERED** this April 10, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE